UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )  )  3:09-md-02100-DRH  )  )  MDL No. 2100  ) |

**This Document Relates To:**

*Tammy Davis, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.*           No. 3:11-cv-10204-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on January 23, 2013, March 5, 2014, October 20, 2014, and March 27, 2015, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                JUSTINE FLANAGAN,
                                ACTING CLERK OF COURT

                                BY:  */s/Caitlin Fischer*
                                Digitally signed by **Deputy Clerk**
                                David R. Herndon
                                Date: 2015.04.11
                                14:46:57 -05'00'

APPROVED:
       DISTRICT JUDGE
       U. S. DISTRICT COURT